# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| PATRIOT NATIONAL, INC., *et al.*,[1] | Case No. 18-10189 (KG) |
| Debtors. | (Jointly Administered) |
| | |
| PATRIOT NATIONAL, INC; PATRIOT CARE MANAGEMENT, LLC; PATRIOT RISK SERVICES, INC.; and PATRIOT UNDERWRITERS, INC.; | |
| Debtors | Adv. Pro. No. 18-50297 (KG) |
| v. | **Re: Adv. Docket No. 7, 15, 16** |
| CAREWORKS MANAGED CARE SERVICES, INC., f/k/a MCMC, LLC and YORK RISK SERVICES GROUP | |
| Defendants. | *Re Dkt #22* |

## ORDER APPROVING STIPULATION EXTENDING ORDER REGARDING DEBTORS' MOTION FOR TEMPORARY RESTRAINING ORDER

Upon consideration of the *Stipulation Extending Order Regarding Motion for Temporary Restraining Order* (the "Stipulation") filed by Debtors Patriot National, Inc., Patriot Care Management, LLC, Patriot Risk Services, Inc., and Patriot Underwriters, Inc. (and together

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

with their affiliated debtors and debtors in possession in the above-captioned chapter 11 cases, the "Debtors"), and the plaintiffs in the above-captioned adversary proceeding (the "Adversary Proceeding"); on the one hand and the Defendants in the Adversary Proceeding, listed as signatories to the Stipulation (together, "Defendants," and with the "Debtors," the "Parties"), on the other; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit A**), and sufficient cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1.      The Stipulation is approved in its entirety.

2.      The April 9, 2018 hearing in this Adversary Proceeding is taken off of the calendar.

3.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Dated: April 5_____, 2018
       Wilmington, Delaware

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

83147370_1
DOCS_DE:218875.1 69353/002