IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>PATRIOT NATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered) |
| PATRIOT NATIONAL, INC;<br>PATRIOT CARE MANAGEMENT, LLC;<br>PATRIOT RISK SERVICES, INC.; and<br>PATRIOT UNDERWRITERS, INC.;<br><br>Debtors<br><br>v.<br><br>CAREWORKS MANAGED CARE SERVICES, INC., f/k/a MCMC, LLC and YORK RISK SERVICES GROUP<br><br>Defendants. | Adv. Pro. No. 18-50297 (KG)<br><br>**Re: Adv. Docket No. 7, 15, 16, 23, 37** |

**ORDER APPROVING STIPULATION EXTENDING AND MODIFYING ORDER GRANTING DEBTORS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Upon consideration of the *Stipulation Extending and Modifying Order Granting Debtors' Motion for Temporary Restraining Order* (the "Stipulation") filed by Debtors Patriot National, Inc., Patriot Care Management, LLC, Patriot Risk Services, Inc., and Patriot

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

Underwriters, Inc. (and together with their affiliated debtors and debtors in possession in the above-captioned chapter 11 cases, the "Debtors"), and the plaintiffs in the above-captioned adversary proceeding (the "Adversary Proceeding"); on the one hand and the Defendants in the Adversary Proceeding, listed as signatories to the Stipulation (together, "Defendants," and with the "Debtors," the "Parties"), on the other; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit A**), and sufficient cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation is approved in its entirety.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Dated: May 16, 2018
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE