# Exhibit A

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>PATRIOT NATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10189 (KG)<br><br>(Jointly Administered) |
| PATRIOT NATIONAL, INC;<br>PATRIOT CARE MANAGEMENT, LLC;<br>PATRIOT RISK SERVICES, INC.; and<br>PATRIOT UNDERWRITERS, INC.;<br><br>Debtors<br><br>v.<br><br>CAREWORKS MANAGED CARE SERVICES, INC., f/k/a MCMC, LLC and YORK RISK SERVICES GROUP<br><br>Defendants. | Adv. Pro. No. 18-50297 (KG)<br><br>**Re: Adv. Docket No. 7, 15, 16, 23, 37** |

## STIPULATION EXTENDING AND MODIFYING ORDER GRANTING DEBTORS' MOTION FOR TEMPORARY RESTRAINING ORDER

Debtors Patriot National, Inc., Patriot Care Management, LLC, Patriot Risk Services, Inc., and Patriot Underwriters, Inc. (and together with their affiliated debtors and debtors in possession in the above-captioned chapter 11 cases, the "Debtors"), and the

---

1. The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Patriot National, Inc. (1376), Patriot Services, LLC (1695); TriGen Insurance Solutions, Inc. (2501); Patriot Captive Management, LLC (2341); Patriot Underwriters, Inc. (0045); TriGen Hospitality Group, Inc. (6557); Patriot Risk Consultants, LLC (0844); Patriot Audit Services, LLC (5793); Patriot Claim Services, Inc. (9147); Patriot Risk Services, Inc. (7189); Corporate Claims Management, Inc. (6760); CWIBenefits, Inc. (0204); Forza Lien, LLC (7153); Contego Investigative Services, Inc. (0330); Contego Services Group, LLC (0012); Patriot Care Management, LLC (2808); Radar Post-Closing Holding Company, Inc. (2049); Patriot Technology Solutions, LLC (6855); and Decision UR, LLC (1826). The Debtors' headquarters are located at 401 East Las Olas Boulevard, Suite 1650, Fort Lauderdale, Florida 33301.

Defendants in the above-captioned adversary proceeding (the "Adversary Proceeding"), listed as signatories to the Stipulation (together, "Defendants," and with the "Debtors," the "Parties"), hereby stipulate and agree (the "Stipulation") as follows in accordance with the following facts and recitals:

## RECITALS

A. WHEREAS, on February 28, 2018, Debtors Patriot National, Inc., Patriot Care Management, LLC, Patriot Risk Services, Inc., and Patriot Underwriters, Inc., filed the *Motion for Temporary Restraining Order* [Adv. Docket No. 2] (the "Motion") in the above-captioned adversary proceeding (the "Adversary Proceeding") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court").

B. WHEREAS, the Court held a hearing on the Motion on February 28, 2018 at 10:00 a.m. Eastern time (the "Hearing").

C. WHEREAS, on February 28, 2018, the Court entered the *Order Granting Motion for Temporary Restraining Order* [Adv. Docket No. 7] (the "Order").

D. WHEREAS, Paragraph 1 of the Order provides that the Defendants must continue to provide services under that certain Managed Care Services Agreement, dated August 6, 2014 by and among Patriot Risk Services, Inc., Patriot Underwriters, Inc., Steven M. Mariano, and MCMC LLC (as amended or modified, the "CareWorks Agreement") and the Debtors must continue making payments in accordance with the terms of the CareWorks Agreement.

E. WHEREAS, the Court previously entered orders approving a stipulation among the Parties extending the Order and adjourning the preliminary injunction hearing [Adv. Docket Nos. 15, 23, 37].

2

F. WHEREAS, on April 20, 2018, the Debtors filed a Notice of Filing of Additional Exhibits to the Plan Supplement [D.I. 643] containing, among other exhibits, Exhibit J, which amended and restated the schedule of contracts that the Debtors seek to assume (the "Amended Assumption Schedule") pursuant to the Plan; and the Amended Assumption Schedule does not provide for the assumption of the CareWorks Agreement.

G. WHEREAS, on May 4, 2018, the Court entered an order (the "Confirmation Order") approving the *Debtors' Fourth Further Amended Joint Chapter 11 Plan of Reorganization* [D.I. 705] (as modified or amended, the "Plan").

H. WHEREAS, the Parties have agreed, pursuant to the terms of this stipulation (the "Stipulation"), to further extend the Order in part. The parties agree that upon rejection of the CareWorks Agreement, the Defendants shall have no further obligation to continue providing services based upon the prior directive of the Order, as extended by agreement, entered in this Adversary Proceeding.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** in consideration of the mutual promises contained in this Stipulation, the Parties hereby agree as follows:

1. Except as set forth in paragraphs 2 and 3 below, the terms of the Order shall be extended through June 13, 2018, and the hearing to consider the entry of a preliminary injunction in connection with the Motion will be held on June 13, 2018 at 11:00 a.m. (the "PI Hearing"). Objections to the Motion shall be filed and served no later than three (3) business days prior to the PI Hearing. Replies may be filed by 4:00 p.m. (prevailing Eastern Time) one (1) business day prior to the PI Hearing. In the event the CareWorks Agreement is rejected prior to June 13, 2018, the PI Hearing shall be cancelled.

3

2. Defendant York Risk Services Group ("York") shall no longer be subject to the terms of the Order. For the avoidance of doubt, the Debtors reserve all rights to seek a preliminary injunction against York at the PI Hearing, however the Debtors shall provide notice to Defendants at least 5 business days in advance of the PI Hearing if they intend to seek a preliminary injunction against York.

3. Notwithstanding Paragraph 1 of the Order, following the rejection of the CareWorks Agreement, the Defendants shall have no obligation post-rejection to provide services based upon the prior directive of the Order, as previously extended by agreement. The Parties shall retain all rights provided under the CareWorks Agreement, and all rights otherwise granted by the Bankruptcy Code. Nothing in this Agreement is intended to modify the underlying rights of the respective parties pursuant to the CareWorks Agreement, the Plan, and the Confirmation Order, including the Defendants' right to assert claims for payment and receive payment(s) for services rendered pre- and post-petition and rejection damages, if any, and the Debtors' rights and defenses with respect to any such claims.

4. All other issues raised by the parties at the Hearing, including any claims or damages (including an award of attorney's fees) with respect to the Debtors' prosecution of the Motion, are hereby reserved.

5. Defendants' time to answer the complaint in the Adversary Proceeding (the "Complaint") or to move to dismiss the Complaint is hereby extended through June 20, 2018.

6. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic (e-mail) transmission, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it

shall constitute sufficient proof of this Stipulation to present any copy, copies, or facsimiles signed by the parties hereto to be charged.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

Dated: May 15, 2018

| PACHULSKI STANG ZIEHL & JONES LLP | CROSS & SIMON, LLC |
|---|---|
| /s/ Peter J. Keane | /s/ Kevin S. Mann |
| Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>pkeane@pszjlaw.com | Christopher P. Simon (DE Bar No. 3697)<br>Kevin S. Mann (DE Bar. No. 4576)<br>Cross & Simon, LLC<br>1105 North Market Street<br>Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>E-mail: csimon@crosslaw.com<br>kmann@crosslaw.com |
| -and- | -and- |
| Kathryn A. Coleman<br>Christopher Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>Email:<br>katie.coleman@hugheshubbard.com<br>chris.gartman@hugheshubbard.com | Jeffrey P. Bast, Esq.<br>Dana R. Quick, Esq.<br>BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1400<br>Miami, FL 33131<br>Telephone: (305) 379-7904<br>Facsimile: (305) 379-7905<br>Email: jbast@bastamron.com<br>Email: dquick@bastamron.com |
| Counsel for the Debtors | Counsel for CareWorks Managed Care Services f/k/a MCMC LLC and York Risk Services |